# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| TROY STOFFEL, | Civil No. 09-0986 (JRT/AJB) |
| Plaintiff, | |
| v. | |
| UNITED COLLECTION BUREAU, INC. *et al.*, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

_____

William Michelson, **MARSO MICHELSON & HARRIGAN, PA**, 3101 Irving Avenue South, Minneapolis, MN 55408, for plaintiff.

Russel Ponessa and Shushanie Kindseth, **HINSHAW & CULBERTSON LLP**, 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402, for defendants.

Based upon the parties' stipulation for dismissal with prejudice [Docket No. 8], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

DATED: June 22, 2009
at Minneapolis, Minnesota.

                                                                    s/John R. Tunheim
                                                               JOHN R. TUNHEIM
                                                     United States District Judge